United States District Court
Southern District of Texas
**ENTERED**
December 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, INC., | § § § § | |
| | § | CIVIL ACTION NO. 4:16-cv-275 |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| TEAM OIL TOOLS, LP, | § § § | |
| Defendant. | | |

## ORDER FOR DISMISSAL WITH PREJUDICE

Came on for consideration Plaintiff Baker Hughes Oilfield Operations, Inc. and Defendant Team Oil Tools, LP's Agreed Motion for Dismissal With Prejudice ("Motion"). Having considered the Motion and the pleadings on file with the Court, the Court is of the opinion that the Motion should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that all of the claims asserted by any party in this litigation are hereby dismissed with prejudice. Each party shall bear its own costs.

SIGNED this 14th day of December, 2016.

Judge Lee H. Rosenthal
United States District Judge